**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of _____
                                        (State)

Case number (*If known*): _____ Chapter _____

☒ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**  
   FINTECH HOLDINGS INC   13-3960500

2. **All other names debtor used in the last 8 years**  
   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number** (EIN)  
   1 3 – 3 9 6 0 5 0 0

4. **Debtor's address**

   **Principal place of business**  
   375 PARK AVE  
   Number    Street  
   
   NEW YORK        NY    10152  
   City            State  ZIP Code  
   
   NEW YORK  
   County

   **Mailing address, if different from principal place of business**  
   65 SIDNEY ST  
   Number    Street  
   
   P.O. Box  
   BUFFALO   ,   NY   14211  
   City            State  ZIP Code  
   
   **Location of principal assets, if different from principal place of business**  
   n/a  
   Number    Street  
   
   _____  
   City            State  ZIP Code

5. **Debtor's website** (URL)    _____

Debtor  **FINTECH HOLDINGS INC   13-3960500**_____   Case number (*if known*)_____
Name

| 6. | **Type of debtor** | ☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| --- | --- | --- |
| | | ☐ Partnership (excluding LLP) |
| | | ☒ Other. Specify: WHISTLEBLOWER . _____ |

| 7. | **Describe debtor's business** | A. *Check one:* |
| --- | --- | --- |
| | | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | | ☐ Railroad (as defined in 11 U.S.C. § 101(44)) |
| | | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | | ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) |
| | | ☒ None of the above |
| | | |
| | | B. *Check all that apply:* |
| | | ☒ Tax-exempt entity (as described in 26 U.S.C. § 501) |
| | | ☒ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3) |
| | | ☒ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11)) |
| | | |
| | | C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes . ___ ___ ___ ___ |

| 8. | **Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:* |
| --- | --- | --- |
| | | ☐ Chapter 7 |
| | A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box. | ☐ Chapter 9 |
| | | ☒ Chapter 11. *Check **all** that apply*: |
| | | ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). |
| | | ☒ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). |
| | | ☐ A plan is being filed with this petition. |
| | | ☒ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
| | | ☒ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form. |
| | | ☒ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2. |
| | | ☐ Chapter 12 |

Debtor  **FINTECH HOLDINGS INC   13-3960500**
      Name

Case number (*if known*) _____

---

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   ☒ No
   ☐ Yes.  District _____  When __/__/____ (MM/DD/YYYY)  Case number _____
            District _____  When __/__/____ (MM/DD/YYYY)  Case number _____

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    ☒ No
    ☐ Yes.  Debtor _____  Relationship _____
            District _____  When __/__/____ (MM/DD/YYYY)
            Case number, if known _____

11. **Why is the case filed in *this district*?**

    Check all that apply:

    ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ☐ No
    ☒ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)

    ☒ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? LEAD POISON, ANTHRAX, MERCURY, RADIOACTIVE WASTE and SMOG.

    ☒ It needs to be physically secured or protected from the weather.

    ☒ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other  WHISTLEBLOWER.

    **Where is the property?**  375 PARK AVE
          Number   Street

    NEW YORK     NY   10152
    City         State  ZIP Code

    **Is the property insured?**

    ☐ No
    ☒ Yes.  Insurance agency  FINTECH HOLDINGS INC   13-3960500
            Contact name  W JOHNSON
            Phone  315-992-2103

---

**Statistical and administrative information**

Official Form 201     Voluntary Petition for Non-Individuals Filing for Bankruptcy     page **3**

DocuSign Envelope ID: 7B4AB6FC-BC77-4D70-9904-9143BB5D3085

| Debtor | FINTECH HOLDINGS INC  13-3960500 | Case number (if known) |
|---|---|---|
| | Name | |

**13. Debtor's estimation of available funds**

Check one:

☒ Funds will be available for distribution to unsecured creditors.

❏ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

❏ 1-49
❏ 50-99
❏ 100-199
❏ 200-999

❏ 1,000-5,000
❏ 5,001-10,000
❏ 10,001-25,000

❏ 25,001-50,000
❏ 50,001-100,000
☒ More than 100,000

**15. Estimated assets**

❏ $0-$50,000
❏ $50,001-$100,000
❏ $100,001-$500,000
❏ $500,001-$1 million

❏ $1,000,001-$10 million
❏ $10,000,001-$50 million
❏ $50,000,001-$100 million
❏ $100,000,001-$500 million

❏ $500,000,001-$1 billion
❏ $1,000,000,001-$10 billion
❏ $10,000,000,001-$50 billion
☒ More than $50 billion

**16. Estimated liabilities**

❏ $0-$50,000
❏ $50,001-$100,000
❏ $100,001-$500,000
❏ $500,001-$1 million

❏ $1,000,001-$10 million
❏ $10,000,001-$50 million
❏ $50,000,001-$100 million
❏ $100,000,001-$500 million

❏ $500,000,001-$1 billion
❏ $1,000,000,001-$10 billion
❏ $10,000,000,001-$50 billion
☒ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  03/02/2024
MM / DD / YYYY

✗ WILLIE JOHNSON                           WILLIE JOHNSON
Signature of authorized representative of debtor    Printed name

Title  POA

Official Form 201  Voluntary Petition for Non-Individuals Filing for Bankruptcy  page **4**

Debtor   FINTECH HOLDINGS INC   13-3960500   Case number (if known) _____
         Name

**18. Signature of attorney**   X ROBERT W JOHNSON      Date   03/02/2024
                                Signature of attorney for debtor      MM / DD / YYYY

WILLIE JOHNSON
Printed name
WILLIE JOHNSON LLP
Firm name
65 SIDNEY ST
Number    Street
BUFFALO                                        NY        14211
City                                           State     ZIP Code

7164451734                                     atemllc2023@gmail.com
Contact phone                                  Email address

9909                                           USA
Bar number                                     State

Official Form 201   Voluntary Petition for Non-Individuals Filing for Bankruptcy   page **5**